Fill in this information to identify the case:

Debtor 1  Cedric Hyman
aka Cedric Crevet Hyman
dba Cedric C. Hyman

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of TEXAS

Case number 19-31870

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.

**Court claim no**. (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 5490

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of Claim Fee | 06/07/2019 | (5) | $300.00 |
| | Bankruptcy/Proof of Claim- Part 5/ 410 A Fee | 06/07/2019 | | $250.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review Fee | 04/10/2019 | (11) | $325.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Cedric Hyman |  |  | Case number *(if known)* 19-31870 |
|---|---|---|---|---|
|  | aka Cedric Crevet Hyman |  |  |  |
|  | dba Cedric C. Hyman |  |  |  |
|  | Print Name | Middle Name | Last Name |  |

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darrelyn Thomas
Signature

Date  09/09/2019

Print  Darrelyn Thomas
       First Name    Middle Name    Last Name

Title  Bankruptcy Attorney

Company  RAS Crane, LLC

Address  10700 Abbott's Bridge Road, Suite 170
         Number          Street

         Duluth, GA 30097
         City                              State     ZIP Code

Contact Phone  470-321-7112

Email  dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___September 10, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ALVA NELL WESLEY-THOMAS
ATTORNEY AT LAW
6161 SAVOY
STE. 250
HOUSTON, TX 77036

DAVID G. PEAKE
CHAPTER 13 TRUSTEE
9660 HILLCROFT
SUITE 430
HOUSTON, TX 77096-3856

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE.
STE. 3516
HOUSTON, TX 77002

CEDRIC HYMAN
3806 WENTWORTH
HOUSTON, TX 77004

          RAS Crane, LLC
          Authorized Agent for Secured Creditor
          10700 Abbott's Bridge Road, Suite 170
          Duluth, GA 30097
          Telephone: 470-321-7112
          Facsimile: 404-393-1425

By: **/s/Nickele Stone**_____
     **Nickele Stone**
     **nstone@rascrane.com**



**RAS Crane LLC**
<<Special.FirmStreet1>>
<<Special.FirmCity>>, GA <<Special.FirmZip>>
Ph <<Special.FirmPhone>>     Fax: <<Special.FirmFax>>

Selene Finance LP
Attn: BK Dept.
9990 Richmond
Houston, TX
77042

Date: <<SPECIAL.TODAY>>

File #
INV #

Attention:

RE:   CH13 BKY-POC/Plan Review

| DATE | DESCRIPTION | QTY | AMT | EXT | ATTY |
|---|---|---|---|---|---|
| 6/7/2019 | Bankruptcy Proof of Claim (recoverable BK-4108) | 1.00 | 300.00 | 300.00 | AMaselli |
| 6/7/2019 | Bankruptcy Proof of Claim- Part 5/410A (recoverable) (BK-4146) | 1.00 | 250.00 | 250.00 | AMaselli |

| | | |
|---|---|---|
| Total Fees & Disbursements | 2.00 | 550.00 |
| Balance Now Due | | 550.00 |

TAX ID Number:

<<Tracker.FileNumber>>



**RAS Crane LLC**
<<Special.FirmStreet1>>
<<Special.FirmCity>>, GA <<Special.FirmZip>>
Ph <<Special.FirmPhone>>      Fax: <<Special.FirmFax>>

Selene Finance LP
Attn: BK Dept.
9990 Richmond
Houston, TX
77042

Date: <<SPECIAL.TODAY>>

File #
INV #

Attention:

RE:   CH13 BKY-POC/Plan Review

| DATE | DESCRIPTION | QTY | AMT | EXT | ATTY |
|---|---|---|---|---|---|
| 4/10/2019 | Bankruptcy Plan Review (recoverable BK-4102) | 1.00 | 350.00 | 350.00 | AMaselli |
| | Total Fees & Disbursements | 1.00 | | 350.00 | |
| | Balance Now Due | | | 350.00 | |

TAX ID Number:

<<Tracker.FileNumber>>